# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV3672
STATE OF NEW YORK    UNITED STATES DISTRICT COURT

Purchased/Filed: May 9, 2007
SOUTHERN DISTRICT

Sandra Murphy                                                                     Plaintiff

against

Louis Public Company Limited, et ano                                       Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 4, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case and Complaint

on _____Group Voyagers, Inc._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__   Approx. Wt: __118__   Approx. Ht: __5'__
Color of skin: __White__   Hair color: __Brown__   Sex: __F__   Other: _____

Sworn to before me on this

__5th__ day of _____June, 2007_____

_____
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

_____Jessica Miller_____
Jessica Miller

Invoice•Work Order # SP0704780

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**