212-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
LOUIS PUBLIC COMPANY LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Attn: Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ELIZABETH BURBAGE,

                Plaintiffs,

- against -

LOUIS PUBLIC COMPANY LIMITED and
GROUP VOYAGERS, INC.,
                Defendants.
------------------------------------------------------------------x

07 CV 3665 (WCC)

NOTICE OF
APPEARANCE

PLEASE TAKE NOTICE that Freehill, Hogan & Mahar LLP hereby enters its appearance as counsel on behalf of Defendant, LOUIS PUBLIC COMPANY LIMITED.

PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should also be served on Freehill, Hogan & Mahar LLP at the address indicated below, as counsel for Defendants.

Dated: New York, New York
       August 2, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Defendants
                              LOUIS PUBLIC COMPANY LIMITED

                              By: _____
                                 Michael E. Unger (MU 0045)
                                 80 Pine Street
                                 New York, NY 10005
                                 (212) 425-1900 / (212) 425-1901 fax

NYDOCS1/287511.1

TO: Law Office of Todd J. Krouner
Attorneys for Plaintiff
93 North Greely Avenue, Suite 100
Chappaqua, New York 10514
(914) 238-5800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELIZABETH BURBAGE,

                    Plaintiffs,

- against -

LOUIS PUBLIC COMPANY LIMITED and
GROUP VOYAGERS, INC.,

                    Defendants.

------------------------------------------------------------x

07 CV 3665 (WCC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   :
                             : ss.:
COUNTY OF NEW YORK  :

       MELISSA COLFORD, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and resides in Richmond County, City and State of New York.

       On the 2nd day of August, 2007, deponent served the within **NOTICE OF APPEARANCE** upon:

Law Office of Todd J. Krouner
Attorneys for Plaintiff
93 North Greely Avenue, Suite 100
Chappaqua, New York 10514
(914) 238-5800

       the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York and electronic filing.

                                               _____
                                               MELISSA COLFORD

Sworn to before me on the
2nd day of August, 2007

_____
NOTARY PUBLIC

JOAN SORRENTINO
Notary Public, State of New York
No. 01SO6067227
Qualified in New York County
Commission Expires December 3, 2009

NYDOCS1/287511.1          3