UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ELIZABETH BURBAGE,
               Plaintiff,

        - against -                                  Case No. CV 07 3665
                                                                (WCC)(GAY)
LOUIS PUBLIC COMPANY LIMITED and GROUP     and related actions set
VOYAGERS, INC.,                                             forth below
               Defendants.
------------------------------------------------------------------------ x

### DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Group Voyagers, Inc. ("Voyagers"), by and through its undersigned counsel, in the above-referenced action, and the additional actions delineated below, affirms that its parent corporation is Cosmos Guide Holding B.V., a privately-held Dutch company, and that no publicly-held corporation owns 10 percent or more of its stock.

        Balducci v. Louis Public Company Limited, et al., 7:07-cv-3668-WCC
        Cullen v. Louis Public Company Limited, et al., 7:07-cv-3666-WCC
        Cullen v. Louis Public Company Limited, et al., 7:07-cv-3669-WCC
        De Astis v. Louis Public Company Limited, et al., 7:07-cv-3681-WCC
        Golio v. Louis Public Company Limited, et al., 7:07-cv-3673-WCC
        Horrigan v. Louis Public Company Limited, et al., 7:07-cv-3677-WCC
        La Forge v. Louis Public Company Limited, et al., 7:07-cv-3671-WCC
        Lindsay v. Louis Public Company Limited, et al., 7:07-cv-3680-WCC
        Murphy v. Louis Public Company Limited, et al., 7:07-cv-3672-WCC
        O'Malley v. Louis Public Company Limited, et al., 7:07-cv-3678-WCC
        Rizzuto v. Louis Public Company Limited, et al., 7:07-cv-3679-WCC
        Rizzuto v. Louis Public Company Limited, et al., 7:07-cv-3674-WCC
        Tomasetti v. Louis Public Company Limited, et al., 7:07-cv-3667-WCC
        Winrow v. Louis Public Company Limited, et al., 7:07-cv-3676-WCC

10654452.1

Dated: Jericho, New York
      August 2, 2007

                                        **NIXON PEABODY LLP**

                                        By: _____
                                        Joseph J. Ortego, Esq. (JO 3839)
                                        James W. Weller, Esq. (JWW 0545)
                                        Scott P. Eisenberg, Esq. (SE 3775)
*Attorneys for Defendant*
*Group Voyagers, Inc.*
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500

TO:

Jacqueline M. James, Esq. (JJ 1845)
*Attorney for Plaintiff*
Law Office of Todd J. Krouner
93 North Greeley Avenue, Suite 100
Chappaqua, New York 10514
(914) 238-5800