**Form 1B. Waiver of Service of Summons**

TO: Jacqueline M. James
    Law Office of Todd J. Krouner
    93 North Greeley Avenue
    Chappaqua, NY 10514
    USA

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>Burbage et al v. Louis Public Company, Limited, et al</u>, which is case number 07 Civ. 3665 and in the related actions filed in the United States District Court for the Southern District of New York. These complaints include:

        Burbage, 7:07-cv-3665-WCC
        Salerno, 7:07-cv-3921-WCC
        Bova, 7:07-cv-3927-WCC
        Puzzuoli, 7:07-cv-3926-WCC
        Storms, 7:07-cv-3924-WCC
        Delmerico, 7:07-cv-6032-WCC
        Engelert, 7:07-cv-6031-WCC
        Johns, 7:07-cv-4637-WCC
        Kossow, 7:07-cv-4638-WCC
        Gaynor, 7-07-cv-6029-WCC

    I have also received copies of the complaints in these actions, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.
    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.
    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.
    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **July 13, 2007.**

_7-31-07_
Date

Signature: _[signed]_

Printed/Typed Name: _Scott P. Eisenberg_

[As _Counsel_ ]

[Of _Group Voyagers, Inc._ ]