UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x
ELIZABETH BURBAGE, :
                Plaintiff, :
                 : **NOTICE OF MOTION**
       - against - :
                 : Case No. CV 07 3665
LOUIS PUBLIC COMPANY LIMITED and GROUP : and Twenty-Seven
VOYAGERS, INC., : Related Actions
                Defendants. : (WCC)(GAY)
------------------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that upon the annexed Affidavit of Helen Lauck, dated August 15, 2007, the exhibits annexed thereto, Defendant's Memorandum of Law in Support of its Motion to Dismiss, the exhibit annexed thereto, and all prior pleadings and proceedings had herein, defendant Group Voyagers, Inc. will move before the Hon. William C. Conner, United States District Court Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street, Room 630, White Plains, New York, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' actions in their entirety, and for such other and further relief as may be just, proper, and equitable.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the briefing schedule set by Order of the Hon. William C. Conner, Plaintiffs' opposition papers, if any, must be filed with the Court on or before **September 21, 2007** and Defendant's reply papers, if any, must be filed with the Court on or before **October 1, 2007**.

10696281 1                                                                                                      31316/5

Dated: August 24, 2007
      Jericho, New York

NIXON PEABODY LLP

By: _____ SE3775
Joseph J. Ortego, Esq. (JJO 3839)
James W. Weller, Esq. (JWW 0545)
Scott P. Eisenberg, Esq. (SE 3775)
*Attorneys for Defendant*
*Group Voyagers, Inc.*
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500

TO:

Jacqueline M. James, Esq. (JJ 1845)
*Attorney for Plaintiff*
Law Office of Todd J. Krouner
93 North Greeley Avenue, Suite 100
Chappaqua, New York 10514
(914) 238-5800