UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ELIZABETH BURBAGE,

                Plaintiff,

- against -

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,

                Defendants.
------------------------------------------------------------------------ x

**AFFIDAVIT OF HELEN LAUCK**

Case No. CV 07 3665
and Twenty-Seven
Related Actions
(WCC)(GAY)

STATE OF COLORADO   )
                               ) ss.:
COUNTY OF ARAPAHOE  )

       HELEN LAUCK, being duly sworn, deposes and says:

       1.     I make this Affidavit in my capacity as Director of Customer Care for Globus Family of Brands: Globus, Brennan, Cosmos, Monograms, and Avalon. Group Voyagers, Inc. is licensed to market and distribute travel products under the Globus, Cosmos, and other brands.

       2.     I maintain offices at 5301 South Federal Circle, Littleton, Colorado 80213.

       3.     Based on my review of the files which are maintained in the ordinary course of business, discussions with relevant personnel, and all papers submitted by Group Voyagers, Inc.'s attorneys, I am fully familiar with the facts and circumstances set forth therein.

       4.     Annexed hereto as Exhibit "A" is a true and correct copy of the Plaintiffs Elizabeth Burbage's Complaint in the above-referenced action. In the interests of judicial economy, and because all Complaints in these actions are identical, only one copy is annexed hereto.

10690394

5. Annexed hereto as Exhibit "B" is a true and correct copy of the Travel Protection Plan referenced in Plaintiffs' Complaints.

6. Annexed hereto as Exhibit "C" is a true and correct copy of the "Trust and Travel Protection" webpage referenced in Plaintiffs' Complaints.

*[signature]*
Helen Lauck

Sworn to before me this
15 day of August, 2007

*[signature]* Jean Taylor
Notary Public

*[Notary seal: JEAN TAYLOR, NOTARY PUBLIC, STATE OF COLORADO]*

My Commission Expires 03/13/2010

Arapahoe, Co.
3-13-2110

10690394

- 2 -