UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  Case No. CV 07 3665
                                                                                   And Twenty-Seven
                                                                                    Related Actions
                                                                                    (WCC)(GAY)

ELIZABETH BURBAGE
                         Plaintiff,
   -against-                                                    **DECLARATION OF**
                                                                               **ELIZABETH BURBAGE**
LOUIS PUBLIC COMPANY LIMITED and
GROUP VOYAGERS, INC.,

                        Defendants.
------------------------------------------------------------X

       Elizabeth Burbage, being duly sworn, deposes and says:

1. I am a plaintiff in one of these related cases. Affixed hereto is a true and correct copy of the Complaint, filed in this matter as Exhibit 1.

2. Attached hereto as Exhibit 2 are true and correct copies of web site pages from the Globus website www.globusjourneys.com referred to in the complaint.

3. I was a member of a group of travelers who purchased a first-class escorted travel tour from Globus Group Voyagers, Inc. d/b/a "Globus" under the GLOBUS brand name.

3. Globus requires groups to purchase escorted travel tours through travel agents and requires full payment 65 days prior to the escorted tours. See Invoice from Globus attatched as Exhibit 3.

4. Globus gave the group members promotional give aways such as a drink voucher and travel tote bag bearing the GLOBUS brand name. See Sample Globus give away. attached hereto as Exhibit 4.

_Elizabeth Burbage_ (signature)
Elizabeth Burbage

Sworn to before me this

14 day of September, 2007

_(signature)_
Notary Public

KEISHA A. FROYZE-BROWN
Notary Public, State of New York
No. 01FR6089019
Qualified in Bronx County
Commission Expires March 17, 2011