EXHIBIT "1"

AO 40 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ Southern _____   **DISTRICT OF** _____ New York _____

Elizabeth Burbage,

**SUMMONS IN A CIVIL CASE**

V.

Louis Public Company Limited and Group
Voyagers, Inc.

CASE NUMBER:

# 07 CIV. 3665

*JUDGE CONNER*

TO: (Name and address of defendant)

Louis Public Company Limited          Group Voyagers, Inc.
Louis House                           5301 South Federal Circle
20 Amphipoleos Street                 Littleton, Colorado 80123
2025 Strovolos
Nicosia

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

**J. MICHAEL McMAHON**
CLERK

MAY 0 9 2007

_____
DATE

_____
(BY) DEPUTY CLERK

State of New York - Department of State
Division of Corporations

Party Served:                                    Plaintiff/Petitioner:
 GROUP VOYAGERS, INC.                              BURBAGE, ELIZABETH


GROUP VOYAGERS, INC.
5301 SOUTH FEDERAL CIRCLE
LITTLETON,  CO 80123

---

Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of
State on 06/01/2007 pursuant to SECTION 306 OF THE BUSINESS CORPORATION LAW.
 This copy is being transmitted pursuant to such statute to the address
provided for such purpose.


                                          Very truly yours
                                   Division of Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELIZABETH BURBAGE,

                      Plaintiff,

     -against-

LOUIS PUBLIC COMPANY LIMITED and
GROUP VOYAGERS, INC.,

                  Defendants.
-----------------------------------------------------------X

**COMPLAINT**

**PLAINTIFF DEMANDS
TRIAL BY JURY**

Plaintiff ELIZABETH BURBAGE, complaining of the defendants herein, by her

attorneys, LAW OFFICE OF TODD J. KROUNER, respectfully alleges:

## INTRODUCTION

1.    This is an action arising from the crash and subsequent sinking of the cruise ship

M/S Sea Diamond on or about April 5, 2007. The M/S Sea Diamond was operated by Louis

Public Company Limited (d/b/a Louis Hellenic Cruise Lines) ("Louise Cruise"), and had 1,547

passengers and crew onboard. Most of the 1,195 passengers were Americans and Canadians. On

April 5, 2007, at around 4 p.m., the ship ran aground on a well-marked volcanic reef east of Nea

Kameni, off of the Greek Island Santorini. On April 7, 2007, Greek authorities announced that

the Captain and a number of the crewmembers, were being officially charged for their

negligence. The charges include causing a shipwreck through negligence, breaching

international shipping safety regulations and polluting the environment. The Greek authorities

have also announced that the charges may be amended to include criminal charges. The Greek

authorities have noted that the underwater reef was well marked on available navigational

equipment and maps. Additionally, a number of the vessel's air-tight doors failed to function

properly, allowing water to flood the cabins.  A representative from Louis Cruise has publicly admitted that the crash was the result of human error on the part of Louis Cruise personnel.

2.   Moreover as reported in the <u>Wall Street Journal</u>, on April 28, 2007, the eye-witness accounts have revealed that the evacuation was poorly planned and implemented. The passengers were forced to endure hours of chaos, fear and images of their death, and fear for health and safety of their loved ones.  Maritime safety guidelines generally call for a ship to be evacuated within one hour. Two of the passengers, a father and daughter (neither a party to this action), are presumed to have drowned and their bodies have not yet been found.  The survivors suffered an array, of injuries and losses, caused by the crash, and further compounded by the negligent evacuation, which left many without life jackets, instructions or the proper egress from the ship. Moreover, the mental anguish persists and the passengers are likely to suffer severely in the future from their mental trauma caused by this harrowing crash.

## THE PARTIES AND JURISDICTION

3.   Plaintiff, Elizabeth Burbage, is a resident of Westchester County and resides in the County of Westchester. She is a retired social studies teacher who taught for 43 years.  She was employed for the last 31 years by the Dobbs Ferry school district. She was traveling with a tour of approximately 39 persons, the majority of whom were retired and knew each other either from their work in the Dobbs Ferry school district or through other local contacts.

4.   Defendant Louis Cruise has its principal place of business in Nicosia, Greece.

5.   Louis Cruise engages in substantial and continuous business in the State of New York.

6.   Defendant Group Voyagers, Inc. (d/b/a/ Globus) (hereinafter "Globus") is a New

2

York corporation and is doing business throughout this Court's jurisdiction.

7. Jurisdiction with respect to defendant Louis Cruise is based upon this Court's diversity jurisdiction, 28 U.S.C. § 1332.

8. Jurisdiction with respect to defendant Globus is based upon this Court's admiralty jurisdiction, 28 U.S.C. § 1333.

9. The amount in controversy exceeds Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

10. Venue is based upon 28 U.S.C. § 1391(a).

## FACTUAL ALLEGATIONS APPLICABLE TO ALL CAUSES OF ACTION

11. Plaintiff purchased an "escorted tour" package for travel from New York to Greece, and within Greece, from defendant Globus. Plaintiff relied on Globus to escort her safely and to select reliable transportation and provide her with safe passage throughout the escorted tour. Plaintiff relied on Globus, which promotes the value of its escorted tour services as including Globus' assurances that its tour group participants travel with security and knowledge that Globus is a tour expert generally, and an expert particularly concerning cruises lines operations.

12. Plaintiff relied on Globus' assurances of its expertise and emphasis on safety in selecting cruise lines operators and other services for its escorted tour group members. Plaintiff was traveling as a member of a Globus escorted tour throughout her stay in Greece and during this cruise. Globus selected, purchased and held the tickets for each passenger, including plaintiff, for the Louis Cruise on the subject vessel, the M/S Sea Diamond, up until a short time before each passenger, including plaintiff, boarded the M/S Sea Diamond.

13. On or about April 3, 2007, Plaintiff boarded the M/S Sea Diamond at Piraeus,

3

Greece, for what was scheduled to have been a four day cruise. It was scheduled to visit a number of Greek islands, and scheduled to return to Piraeus, Greece, on April 6, 2007.

14. Plaintiff purchased insurance from Globus, for losses including but not limited to the following categories of damages: death and dismemberment, medical expenses, emergency evacuation, trip cancellation, post-departure interruption, delayed arrival, travel delay, baggage and personal effects and baggage delay.

15. Upon information and belief, at all times herein mentioned, the defendant Louis Cruise owned the vessel the M/S Sea Diamond.

16. At all times herein mentioned, the defendant Louis Cruise operated the M/S Sea Diamond.

17. At all times herein mentioned, the defendant Louis Cruise controlled the M/S Sea Diamond.

18. At all times herein mentioned, the defendant Louis Cruise managed the M/S Sea Diamond.

19. At all times herein mentioned, the defendant Louis Cruise manned, equipped and operated the M/S Sea Diamond.

20. Upon information and belief, at all times herein mentioned the defendant Louis Cruise, owned, operated, controlled, equipped and managed the M/S Sea Diamond in its voyage from April 2, 2007 through April 7, 2007.

21. On and prior to April 5, 2007, defendant Louis Cruise was a major cruise line that operated regularly scheduled passenger cruises and was required to maintain the working order of the vessel and to insure compliance with all applicable safety codes, standards and requirements.

4

In addition, Louis Cruise was required to provide safety equipment and be able to conduct an orderly and safe evacuation, if necessary, of the M/S Sea Diamond.

22.  On and prior to April 5, 2007, defendant Louis Cruise did business in New York and sold its service to the citizens of New York and to the citizens of several other states.

23.  Louis Cruises is routinely booked by tour operators from the United States. Americans constituted a large percentage of the passengers on Louis Cruises.

24.  Defendant Louis Cruise owned, serviced, maintained, repaired, inspected and operated the subject vessel and its component parts and systems, including but not limited to, navigational systems, control systems, safety doors, safety equipment and evacuation boats and vessels.

25.  Defendant Louis Cruise also was responsible to provide training and instructions on safety and evacuation procedures and methods.  Defendant Louis Cruise was also obligated to select, train, and supervise its Captain and crew.

26.  On April 5, 2007, Elizabeth Burbage, the plaintiff was lawfully and properly a passenger on board the M/S Sea Diamond.  As such, Louis Cruse owed her the highest duty of care.

27.  On April 5, 2007, the M/S Sea Diamond crashed into an underwater reef and began to sink with some 1,547 passengers and crew on board.  The evacuation of passengers took many hours and was complicated and delayed by many negligent acts on the part of the Captain and the crew. These failures lead to delays and personal injuries, the death of two passengers, emotional distress, terror and mental anguish.

28. At all times Globus knew or should of known of the poor condition, inadequate

5

equipment, poor safety record and negligent operation by Louis Cruise of the M/S Sea Diamond.

## FIRST CAUSE OF ACTION

## NEGLIGENCE OF DEFENDANT LOUIS CRUISE

29.   Plaintiff repeats and realleges Paragraphs 1 through 28, above.

30.   The Defendant Louis Cruise, its agents, servants and employees were negligent in the navigating, operating and controlling of the M/S Sea Diamond.

31.   In derogation of the established maritime standards, regulations and safety rules Louis Cruise operated M/S Sea Diamond carelessly and negligently, and failed to avoid colliding with a reef, failed to operate the vessel in a safe and reasonable manner; failed to operate the vessel in a manner consistent with rules of navigation; failed to properly navigate the sea; failed to avoid impact with a well-marked reef.

32.   Defendant Louis Cruises also was negligent in its failure to organize and supervise an orderly evacuation of the passengers.  Louis Cruises failed to provide information on evacuations and safety measures prior to and during the evacuation and failed to properly distribute and make available required safety equipment like life jackets.  The evacuation was disorganized, disorderly and the Louis Cruise crewmembers were ill prepared and apparently lacked evacuation training.

33.   Defendant Louis Cruises' negligence caused Plaintiff to suffer personal injuries, property loss, mental anguish, severe pain and suffering and Plaintiff was severely and permanently injured, shocked, bruised, wounded and suffered great physical and mental pain and injury, was rendered sick, sore, lame and was otherwise injured, and may require future medical care and/or treatment and may incur future medical expenses therefore.

6

34. The Defendant, Louis Cruise, including their officers, agents, servants and/or employees as set forth herein, acted with willful misconduct and reckless disregard for the safety of Plaintiff; that said Defendant willfully, wantonly, knowingly and with reckless disregard for the safety of the passengers aboard the M/S Sea Diamond caused and permitted the subject vessel to crash; that the said Defendant knowingly and with reckless disregard for the safety of the passengers aboard M/S Sea Diamond caused and permitted unsafe, dangerous, defective and hazardous conditions; to exist aboard said vessel concerning which it had actual or constructive notice and warning, and nevertheless failed to timely remedy said conditions, but instead needlessly, knowingly, recklessly and wantonly risked the lives and safety of the fare paying passengers, despite the knowledge of the Defendant as to the probably horrible, devastating nature of the injuries, which would likely result from their willful, wanton, reckless and grossly negligent conduct, affecting such a large number of persons, including each and every passenger an crew member, and yet recklessly and with willful misconduct and gross negligence, and despite knowledge of earlier defective and other dangerous and hazardous conditions to exist, causing the injuries to the passengers and crew; and that the forgoing willful misconduct, wanton, reckless and grossly negligent acts and omissions of the Defendant Louis Cruise requires, justifies and merits the award of exemplary and punitive damages.

## SECOND CAUSE OF ACTION

## NEGLIGENCE OF DEFENDANT GLOBUS

35. Plaintiff repeats and realleges Paragraphs 1 through 34, above.

36. Globus was negligent in it selection, hiring and referral of Louis Cruise as a cruise line for its escorted tour members. Globus was negligent in failing to provide, hire, select and

7

supervise safe passage and for its failure to properly escort the Plaintiff in during the tour.

37. Globus knew, or should have known, that Louis Cruise negligently operated to the M/S Sea Diamond. Upon information and belief, Globus knew or should have known that Louis Cruise had violated safety standards on earlier occasions and lacked the requisite navigational skills and failed to take all required safety precautions.

38. Plaintiff relied on Globus to select, screen and hire cruise line operators to insure her safe passage.

39. Defendant Globus was negligent in its failure to provide and contract for safe passage.

40. Defendant Globus also was negligent in its failure to organize and supervise an orderly evacuation of its escorted guests. Globus failed to provide information on evacuations and safety measures prior to and during the evacuation.

41. Globus alone knew of the identity of the cruise operator prior to the cruise. Globus owed Plaintiff a duty of ordinary care in selecting, hiring and referring a cruise line to the Plaintiff. By reason of the foregoing, Defendant Globus breached its duty of care to the Plaintiff.

42. Defendant Globus' negligence caused the Plaintiff to suffer personal injuries, property loss, mental anguish, severe pain and suffering and Plaintiff was severely and permanently injured, shocked, bruised, wounded and suffered great physical and mental pain and injury, was rendered sick, sore, lame and was otherwise injured, and may require future medical care and/or treatment and may incur future medical expenses therefore.

8

### THIRD CAUSE OF ACTION

### BREACH OF CONTRACT AGAINST DEFENDANT GLOBUS

43. Plaintiff repeats and realleges paragraphs 1 through 42, above.

44. Plaintiff entered into a contractual agreement with Globus and purchased an insurance policy from Globus. Globus charged the Plaintiff a premium and agreed to provide insurance to the Plaintiff. The purchased insurance coverage included insurance for losses including but not limited to, the following categories of damages: death and dismemberment, medical expenses, emergency evacuation, trip cancellation, post-departure interruption, delayed arrival, travel delay, baggage and personal effects and baggage delay.

45. To date, Globus has refused to make payment on its insurance contract, despite request for full payment.

46. Globus charged the Plaintiff a premium for the insurance coverage. Globus has breached the agreement by failing to make payment pursuant to its insurance coverage.

### FOURTH CAUSE OF ACTION

### DECEPTIVE ACTS AND PRACTICES (GBL § 349) AGAINST DEFENDANT GLOBUS

47. Plaintiff realleges paragraphs 1 though 46, above.

48. Defendant Globus represented to the consumers in the metropolitan New York region that it provided escorted tours that would provide safe and reliable escorted travel throughout the world. Globus represented to the public that it was an expert in foreign escorted tours generally, and specifically was an expert and cruise line operators. In fact, it omitted to inform the consuming public in general, and Plaintiff in particular, that it did not investigate the safety records or practice of the cruise lines it selected, hired and referred the

9

Plaintiff to and such material omissions by defendant Globus constitute deceptive acts and practices within the meaning of New York General Business Law § 349.

49.  Globus also represented it provided insurance and travel protection for an additional fee.  Globus has now refused to provide the agreed upon coverage for which it has charged a premium.

50.  Such deceptive acts and practices resulted in injury to Plaintiff's person and property, and entitle her compensatory damages, treble damages, and an award of reasonable attorney's fees.

51.  Since April 5, 2007, Globus continues to commit the aforesaid deceptive acts and practices.

52.  On its web page, Globus stresses safety and excellent loss coverage as its chief selling points. See http:// www.globusjourneys.com  under the "Trust and Travel Protection" tab.

[THIS SPACE LEFT INTENTIONALLY BLANK]

10

WHEREFORE, Plaintiff demands judgment against the defendants. Plaintiff Elizabeth Burbage demands judgment against defendant Louis Cruise on the First Cause of Action for compensatory and punitive damages in such amounts as a jury may find fair, reasonable and just; and Plaintiff Elizabeth Burbage demands judgment against defendant, Globus, on the Second, and Third Causes of Action in such amounts as a jury may find fair, reasonable and just; and Plaintiff demands judgment on the Fourth Cause of Action for (a) compensatory damages to the extent permitted by law; (b) reasonable attorney's fees; and (c) an injunction to terminate Globus deceptive acts or practices, all together with interest, costs and disbursements of this action.

Dated: Chappaqua, New York
       May 8, 2007

                                        LAW OFFICE OF TODD J. KROUNER

                                        By: _____
                                        Todd J. Krouner (TK0308)
                                        Jacqueline M. James (JJ1845)
                                        Attorneys for Plaintiffs
                                        93 North Greeley Avenue, Suite 100
                                        Chappaqua, New York, 10514
                                        (914) 238-5800

11

EXHIBIT "2"



**GLOBUS**
*Every journey tells a story*

Explore Vacations | Request Brochures | Make Reservations | Find Travel

Home | About Globus | Contact U

# What is Escorted Travel?

**About Globus**

History

Vacation Standards

Trust

**Escorted Travel**

Globus family of brands

One of the biggest benefits of escorted travel is the ability to experience a destination with worrying about the travel details such as transfers, hotels and much more. You will have p free time to explore on your own but you will also benefit from the expert knowledge of ou Directors.

And Globus enables you to choose the escorted vacation experience that will suit you best. want a vacation with more planned time or a do you want to enjoy an independent more independent experience with less "guided" time? There are hundreds of vacations for you t from.

There is also value you receive with an escorted vacation that is difficult or nearly impossil with your own vacation planning. Because of Globus' buying power and thanks to nearly 8( of travel experience, you will get unmatched values when it comes to your hotels, excursic even your air price. You will often also have the option of adding even more inclusives to y or even adding days to your vacation.

Escorted travel with Globus will allow you to travel with confidence. Globus has offices loca around the globe so you can rest assured during your vacation that you will never be strar without access to our legendary customer service. The Tour Directors all speak English, be their native tongue, and often other languages. They are also some of the most experienc business, averaging almost 150 vacations each, which also helps avoid confusion or proble you on a Globus vacation.

You will also have the peace of mind of Globus' $10 million consumer protection plan while travel domestically or abroad. You can even (for a small fee) be sure that if an emergency before your trip you could cancel or reschedule it easily.

The best way to experience the benefits of escorted travel is to choose the Globus vacatioı best for you and then trust Globus to provide you with a superb travel experience.

---

Travel Agents | Travel Terms and Conditions | Privacy | Legal Information                    86(

Home | Explore Vacations | Request Brochures | Make Reservations | Find Travel Agents        Copyright © 2007, All right



GLOBUS
Every journey tells a story™

Explore Vacations | Request Brochures | Make Reservations | Find Trav

Home | About Globus | Contact U

# Vacation Standards

**About Globus**

History

**Vacation Standards**

Trust

Escorted Travel

Globus family of brands

## Every Journey Tells a Story™

*A Globus Journey.* When you travel with Globus, you get more than the sights. You get the
behind them that bring a destination to life, creating unforgettable journeys.

Let Globus take you to places that expand your horizons and encourage personal discovery
Experience a destination in a deeper, more memorable way-the Globus way.

## The Globus Difference

Globus vacations are designed to offer you flexibility and choice, plus a pace that best fits
you want to travel. Globus offers MORE included features, MORE quality hotels, and MORE
experience with more than 75 years of taking travelers on unforgettable journeys. In addit
Globus offers MORE value with an average price less per day than our nearest competitor.
safety of our travelers and the richness of our vacations is a priority, and it is what has ma
Globus the worldwide leader in travel and a name you can trust.

With Globus, you visit the key sights, but, more importantly, you learn the stories behind t
sights-from the Sistine Chapel, the Colosseum and the Forum in Rome, to the Prado Muse
Madrid and Michelangelo's David in the Academy of Fine Arts in Florence, your journey is f
insider's information unique to your Globus vacation. You'll also enjoy many inclusions suc
cruises, high-speed trains, and Local Guides. We offer over twice the number of included f
as our nearest competitor, without any additional cost to you.

Globus not only brings you the experiences that others simply don't offer, we also ensure
end up with more free time to enjoy your destination on your own. Most competitors requi
take extra optional excursions to see these important sights, costing you additional time a
money. And, if you don't join their excursion, you'll spend most of your time waiting in line
with Globus, these sights are already included, freeing up the remainder of your time to er
independent activities.

- Free airport transfers: book your scheduled transatlantic flight with Globus and ber
  our free transfers

- Low air-fares: compare our competitive air-inclusive prices - business class availab
  with many tours take advantage of our favorable add-on rates from your home city

- Saving Options: Various reductions are possible: group reduction, child reduction, i
  room reduction, multiple tour reduction

- Help Along the Way: Professional Tour Director while touring, Cruise Director on ri
  cruises, Local Host services on independent vacations, and hosts to assist you at ai
  and hotels

- Hotels: twin-bedded rooms with private bath or shower, hotel taxes, service charge
  tips for baggage handling

- Transportation: including private deluxe motorcoach with air-conditioning and extra
  room

› Travel protection: Globus offers numerous travel protection plans meaning Globus name you can trust.

⇕ Travel Agents | Travel Terms and Conditions | Privacy | Legal Information                    86(

Home | Explore Vacations | Request Brochures | Make Reservations | Find Travel Agents          Copyright © 2007, All right

United States | Internationa



**GLOBUS**
Every journey tells a story™

Explore Vacations | Request Brochures | Make Reservations | Find Trav

Home | About Globus | Contact U

# Trust and Travel Protection

**About Globus**

History

Vacation Standards

**Trust**

Escorted Travel

Globus family of brands

For generations, Globus has worked hard to provide the best on-trip experiences, world-cla customer service, and the best consumer protection plans available in the travel industry.

- ▸ $11 Million of Travel Protection
- ▸ Worldwide Scope
- ▸ Travel Protection
- ▸ Travel Protection Plus
- ▸ Global Travel Community
- ▸ Awards
- ▸ Affiliations

## $11 Million of Travel Protection

Globus has provided a $10 million letter of credit* issued by a leading bank to protect payments made by its customers for all vacation departures sold in the United States. "In these uncertain times, we feel it is important to assure our customers and our travel partners that we are financially secure and that we back our products 100 percent," said Phillip Gordon, chief executive officer and president. This is in addition to the $1 million traveler's assistance program maintained by the United States Tour Operators Association (USTOA) in favor of Globus travelers.





*The $10 million letter of credit has been issued by Credit Suisse S.A. in favor of PRO-CLAIM, INC. of Highlands Ranch, Colorado, acting as trustee of a trust for the benefit of Globus and Cosmos customers who advance deposits or payments for any Globus or Cosmos tour departure sold in the United States. PRO-CLAIM INC., as trustee of the trust, is responsible for refunding deposits or payments (excluding deposits or payments made by credit cards, since chargebacks are available), for Globus and Cosmos tours sold in the United States in the event Group Voyagers Inc., d/b/a Globus and Cosmos, becomes insolvent, bankrupt or ceases business.

## Worldwide Scope

Globus is truly a worldwide operation with 32 offices around the world to assist travelers. B Globus vacations is always simple due to a network of over 13,000 knowledgeable travel a offering Globus vacations. Globus is also offered by some of the most well known travel co such as: Vacation.com, Ensemble, TravelSavers, Carlson Wagonlit Travel, Jurni Network, a MAST.

## Travel Protection

You're planning your annual vacation, or the vacation of a lifetime. Either way you
want to think about canceling or interrupting your trip. Or getting sick. Or losing yo
luggage. We know these things can happen and we provide travelers peace of min
Travel Protection Plan. The plan costs from $79-$349 per person (depending on the vacati
destination and price) and offers a wide range of benefits. Ask your travel agent for the de
the details in your travel documents or follow the link below.

Please note that the Czech Republic now requires a minimum of $35,000 medical and repa
insurance coverage. Our basic Travel Protection policy has a $25,000 limit, however will be
increased to $50,000 while in the Czech Republic in order to meet Czech Republic requiren
There is no additional cost for this extra coverage. If you choose to purchase insurance
independently, please know that the you may be required by immigration to produce proof
coverage while traveling in the Czech Republic.

- Download travel protection coverage (PDF) for trips departing January 1, 2007 or
  afterwards.
- Learn more about the travel insurance

## Travel Protection Plus (Cancellation Protection)

If you purchase the Globus family of brands Travel Protection Plan, you may also
purchase the optional Globus family of brands Travel Protection Plus Plan at an a
cost of only $30.00 per person. This additional Benefit* (if purchased) allows you
cancel your vacation up to 24 hours (or the prior business day, whichever is fart
before your scheduled departure for any reason not covered by the basic Travel Protection
provisions. Under this Travel Protection Plus Plan Benefit, Globus family of brands will reim
the cancellation penalty amount, as retained by the Globus family of brands, in travel certi
minus the insurance premium. Travel certificates are valid for travel within one year from
of issue, but no later than 15 months from the date you cancel your trip.

*The Travel Protection Plus Plan is provided by Globus family of brands and is not an insurance benefit
be purchased with the initial payment for your Trip.

## Global Travel Community

Globus recognizes the importance of preserving the North
American attractions that our travelers go to great lengths to
experience, which is why Globus is donating generously to
the Tourism Cares for restoration and preservation of five
"American Icons." The donations are going toward specific
projects, rather than operational costs. Learn more.



## Awards

For six years in a row, Globus has been selected by Recommend Magazine as the best Tou
Operator to Europe, and a top finalist for North America, Asia, Latin America and Africa. Th
was also named in Travel Weekly's 2004 Reader's Choice Awards as Best Tour Operator -
and 2005 Reader's Choice Awards as Best Tour Operator - Europe, Best Tour Operator -
International and Best Tour Operator - Asia and South Pacific.



Case 1:07-cv-03863-WGC    Document 14-2    Filed 09/21/2007    Page 21 of 28    Page 3 of 3

## Affiliations

Globus is a proud member of the following professional associations:

   

  

Globus Tours - Every Globus Tour available. We are the worlds largest seller of Globus T... Page 1 of 1

Case 7:07-cv-06665-JMC Document 12 Filed 03/21/2007 Page 22 of 28



**Welcome to the Globus family of travel brands**. The Globus famil brands provides a variety of products addressing the needs of today diverse traveler with unparalleled vacation experiences, full of discov and insight. Globus has been offering hundreds of unique itineraries over the world for almost 80 years! Our experience allows all of thes brands to offer value, experience, and world-class customer service is unmatched in the travel industry.

### Click on one of the links below to see the tours that are available



*FIRST-CLASS TOURING SINCE 1928*   The world's leader in first-class escorted travel with almost 80 years of experien providing a variety of travel styles. Escorted First Class Tours

**COSMOS.**
A Smart Way To Go.   The leading value brand in the escorted travel world. Providing enriching experien over 40 years to smart travelers. Escorted Budget Tours



United States | International

Home | About Globus | Contact U

# Globus family of brands

**About Globus**

History

Vacation Standards

Trust

Escorted Travel

**Globus family of brands**



The Globus family of brands provides a variety of pro
addressing the needs of today's diverse traveler with
unparalleled vacation experiences, full of discovery ar
insight. Globus has been offering hundreds of unique
itineraries all over the world for almost 80 years! Our
experience allows all of these brands to offer value,
experience and world-class customer service that is unmatched in the travel industry. In a
to Globus, the family of brands includes:



The world's leader in first-class escorted travel wit
almost 80 years of experience providing a variety
travel styles.



The leading value brand in the escorted travel wor
Providing enriching experiences for more than 40
to smart travelers.
www.cosmos.com



Providing worldwide independent vacations with fl
itineraries and access to a Local Host who will help
feel like a local.
www.monogramtravel.com



Avalon sets the standard in European, Russian and
Chinese river cruising with extraordinary cruises o
newest ships.
www.avalonwaterways.com

---

Travel Agents | Travel Terms and Conditions | Privacy | Legal Information     861



# History

## About Globus

**History**

Vacation Standards

Trust

Escorted Travel

Globus family of brands

More than 75 years ago, Antonio Mantegazza bought a rowboat to transport commercial g across Lake Lugano in Switzerland. Who could know that rowboat would launch the world': escorted travel company? Today Globus is a global, family-owned company reaching every of the world. Globus is now the first choice among individuals looking for vacations with bc domestic and international travel in a variety of styles to six continents and hundreds of iti to choose from.

Antonio's frequent trips across the scenic lake led him to consider opportunities in a differe market - tourism. His entrepreneurial instinct pushed him to gradually acquire some motor to transport tourists around the Lake Lugano area. In 1928, Antonio opened a company specializing in motorcoach touring called Globus Viaggi. The company began with a fleet of coaches which operated local tours for European tourists in Switzerland.



By 1950, Globus Viaggi had grown to a fleet of 33 coaches and featured overnight tours of Rome, Venice, the Dolomites and the French Riviera. Gradually, these became regularly scheduled tours and grew longer to cover more ground. Later that decade, under the leadership of Werner Albek, Antonio's business partner, Globus pioneered the concept of Grand European Touring by offering first-class European tours to North Americans. By 1961, the company launched its Cosmos arm, which featured affordable, value-priced European touring for the cost-conscious British traveler.

The coach tours were so successful that Cosmos soon introduced another form of travel fo British market: air holiday packages to the sunny destinations of southern Europe. By 196 Cosmos air holidays became so popular the company formed its own airline, Monarch Airli Monarch Airlines started out modestly with two used Britannia aircraft and eventually blos: into one of the most successful European charter companies with a large fleet of modern ji its own engineering division.

Under the flagship of Sergio Mantegazza, current president and son of Antonio, Globus bec expanding its markets beyond Great Britain and North America. Since 1974, travel packag been sold in Australia, New Zealand, Canada and most recently in Southeast Asia. Starting 70s, the company also aggressively expanded its offerings, introducing travelers to more c than any other tour operator with packages to Africa, South and North America, Europe, th Pacific and Asia.

Today, the Globus family of brands is marketed and operated by a network of more than 3 independent tourism and aviation businesses, serviced by a group of more than 5,000 professionals worldwide. Combined, Globus, Cosmos, and Monograms carry over 500,000 passengers a year, making the organization the leading operator of guided vacations worlc Globus attributes its success to the ideals of founder Antonio Mantegazza. For three genera his vision, hard work, love for travel, and commitment have guided the company. These v. the cornerstone on which Globus was built and will continue to grow.

EXHIBIT "3"

# GLOBUS.
## *family* of brands

ATTN:    FLIPPER_w/  CRUISE PLANNERS

FAX:     954-344-4479  Alt Fax # 413- 967- 6106

Tour Code: RHX 70331G=  AEGEAN CLASSICAL - OUTSIDE CABIN

Invoice: 335480 (40 passengers )

### IMPORTANT DATES FOR THIS GROUP

__July 26__    $ 800 Group block deposit due

__Dec 01__    120 days prior names and $200 per person is due.
100% of Individual Deposits Due.  100% of Passenger Names
Due *First and last names must appear as they do on the passport*,
*with correct spelling!*  Bookings made after this date must have
names and individual deposits at time of booking.  Last day to
cancel with a full refund of Group Deposit.  Group Booking
Profile due in our office.

__Dec 31__    90 days prior – After this day penalties apply for
cancellation.  Please refer to cancellation dates grid.

__Jan 25__    65 days prior—final payment due

I look forward to working with you on the arrangements for your group and hope
that you will feel free to contact me with questions.

*Best Regards,*

*Susie/ Group Department*
Return Fax Number:  303 797 0625
Phone:         800-221-0090

EXHIBIT "4"



**GLOBUS GROUP**

VOUCHER FOR

ONE GLASS OF WINE OR SOFT DRINK

| FOR | ★ | 4 | DAYS CRUISE |
|-----|---|---|-------------|
| 2-Apr-07 | | TO | 6-Apr-07 |

**GLOBUS GROUP**

VOUCHER FOR

ONE GLASS OF WINE OR SOFT DRINK

| FOR | ★ | 4 | DAYS CRUISE |
|-----|---|---|-------------|
| 2-Apr-07 | | TO | 6-Apr-07 |