212-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendants
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Attn: Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELIZABETH BURBAGE,

                Plaintiffs,

  - against -

LOUIS PUBLIC COMPANY LIMITED and
GROUP VOYAGERS, INC.,

                Defendants.

------------------------------------------------------------x

07 CV 3665 (WCC)

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Michael E. Unger, am a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of JEFFREY E. FOREMAN, of Maltzman Foreman, PA, 2 South Biscayne Boulevard, Suite 2300, Miami, Florida 33131, Tel : (305) 358-6555, Fax: (305) 374-9077.

JEFFREY E. FOREMAN is a member in good standing of the Bar of the States of Florida.

NYDOCS1/287565.1

There are no pending disciplinary proceedings against JEFF FOREMAN in any State or Federal Court.

Dated: New York, New York
September 24, 2007

> Respectfully submitted,
> FREEHILL HOGAN & MAHAR, LLP
> Attorneys for Defendant
> LOUIS PUBLIC COMPANY LIMITED
>
> By: _____
> Michael E. Unger (MU 0045)
> 80 Pine Street
> New York, NY 10005
> (212) 425-1900 / (212) 425-1901 fax