212-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
LOUIS PUBLIC COMPANY LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Attn: Michael E. Unger (MU 0045)

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ELIZABETH BURBAGE,

                        Plaintiffs,

- against -

LOUIS PUBLIC COMPANY LIMITED and
GROUP VOYAGERS, INC.,

                        Defendants.
-----------------------------------------------------------x

07 CV 3665 (WCC)
ECF CASE
ORDER FOR ADMISSION PRO
HAC VICE ON WRITTEN MOTION

Upon the motion of Michael E. Unger, attorney for Defendant LOUIS PUBLIC COMPANY LIMITED and said attorney's affidavit in support;

IT IS HEREBY ORDERED that Jeffrey E. Foreman, of Maltzman Foreman, PA, 2 South Biscayne Boulevard, Suite 2300, Miami, Florida 33131, Tel: (305) 358-6555, Fax: (305) 374-9077 is admitted to practice *pro hac vice* as counsel for Defendant LOUIS PUBLIC COMPANY LIMITED in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

SO ORDERED

Dated: White Plains, NY
Nov. 5, 2007

Honorable William C. Conner, U.S.D.J.

NYDOCS1/287571.1

COPIES MAILED TO COUNSEL OF RECORD
11/5/07