UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
ELIZABETH BURBAGE,

               Plaintiff,

         - against -

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,

               Defendants.
------------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

Case No. CV 07 3665
and Twenty-Seven
Related Actions
(WCC)(GAY)

      I hereby certify that on the 15th day of February 2008, I electronically filed the foregoing **DEFENDANT'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO DISMISS AND IN OPPOSITION TO PLAINTIFFS' SUR-REPLY** with the Clerk of the United States District Court, Southern District of New York, using the CM/ECF system, which sent notification of such filing to the following:

Paul S. Edelman, Esq.
Kreindler & Kreindler LLP
*Attorneys for Plaintiffs*
100 Park Avenue
New York, NY 10017
(212) 687-8181

Michael E. Unger, Esq.
Freehill, Hogan & Maher LLP
*Attorneys for Louis Public Company Limited*
80 Pine Street
New York, NY 10005
(212) 425-1900

Jeffrey E. Foreman, Esq.
Matlzman Foreman, P.A.
*Attorneys for Louis Public Company Limited*
2 South Biscayne Boulevard - Suite 2300
Miami, FL 33131
(305) 358-6555

10909928.1

- 2 -

Dated: February 15, 2008
      Jericho, New York

                               **NIXON PEABODY LLP**

                               By: /s/ Scott P. Eisenberg
                                   Joseph J. Ortego, Esq. (JJO 3839)
                                   Scott P. Eisenberg, Esq. (SE 3775)
                              *Attorneys for Defendant*
                              *Group Voyagers, Inc.*
                              50 Jericho Quadrangle, Suite 300
                              Jericho, New York 11753
                              (516) 832-7500